UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>    Defendants. | Case No.  1:22-cv-05560-AT |

## NOTICE OF APPEARANCE OF JUSTIN A. MACLEAN

Please enter the appearance of the undersigned on behalf of *Defendants Kanye West individually and d/b/a Yeezy Tech.*

Dated:  July 28, 2022                    **GREENBERG TRAURIG, LLP**

By: */s/ Justin A. MacLean*
Justin A. MacLean
One Vanderbilt Avenue
New York, NY 10017
Email: macleanj@gtlaw.com
Tel: 212-801-3137

*Attorneys for Defendants Kanye West individually and d/b/a Yeezy Tech*

1