

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2022
```

August 18, 2022

**VIA ECF AND E-MAIL [TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV]**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Ultra International Music Publishing, LLC v. West et al*, Case 1:22-cv-05560-AT

Dear Judge Torres:

Our firm represents Plaintiff Ultra International Music Publishing, LLC ("UIMP" or "Plaintiff") in the above-captioned matter. We write jointly with counsel for Defendant Kanye West, individually and d/b/a "Yeezy Tech" ("Ye" or "Defendant"), and Defendant Kano Computing Limited ("Kano"), pursuant to Rule I.C of the Court's Individual Practices and paragraph 6 of the Initial Pretrial Schedule Order (ECF 8), to request an adjournment of the deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order.

The parties' current deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order is August 29, 2022. The parties respectfully request a 30-day adjournment of this deadline, until September 28, 2022, to facilitate discussions regarding potential resolution. This is the parties' first request for an adjournment of the deadline for submissions, and Defendants, through counsel, consent to the adjournment. No other deadlines have been scheduled in this case and no defendant has yet responded to the Complaint; accordingly, the request for an adjournment of the deadline for submissions will not impact any dates previously scheduled after the original deadline.

GRANTED.

SO ORDERED.

Dated: August 19, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge