

Justin MacLean
Tel 212.801.3137
Fax 212.309.9537
macleanj@gtlaw.com

August 29, 2022

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *Ultra International Music Publishing, LLC v. Kanye West individually and d/b/a "Yeezy Tech," et al.*, Case No. 1:22-cv-05560 (AT)

Dear Judge Torres:

    We represent Defendant Ye, formerly known as Kanye West ("Defendant"), in the above-captioned action, and write pursuant to Sections I.B. and I.C. of Your Honor's Individual Practices to request a thirty-one day extension of time to respond to the Complaint filed by Plaintiff Ultra International Music Publishing, LLC ("Plaintiff"). This is Defendant's second request for an extension of time; the Court granted Defendant's first request for an extension on July 29, 2022. *See* Dkt. 23. Plaintiff consents to the requested extension.

    Defendant's current deadline to respond to the Complaint is September 2, 2022. Defendant respectfully requests a thirty-one day extension of this deadline, to October 3, 2022,[1] so that Defendant may continue to investigate Plaintiff's allegations to form a good-faith basis for responding to the Complaint, and so the parties may engage in further settlement discussions to potentially resolve the action without further burdening the parties or the Court.

    We thank the Court for its attention and courtesies.

Respectfully Submitted,

*/s/ Justin A. MacLean*

cc:   Counsel of Record

---

[1] A thirty-day extension would place the deadline on Sunday, October 2, 2022.

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

*ACTIVE 681690894*                                                                                                                                       www.gtlaw.com