**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Benjamin E. Marks**
+1 (212) 310-8029
benjamin.marks@weil.com

August 30, 2022

**SUBMITTED VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Ultra International Music Publishing, LLC v. Kanye West individually and d/b/a "Yeezy Tech," et al.*, Case No. 1:22-cv-05560 (AT)

Dear Judge Torres:

We represent defendant Kano Computing Limited ("Kano") in the above-captioned action.  Pursuant to Section 1.B and 1.C of your Honor's Individual Rules of Practice for Civil Cases, Kano respectfully requests a thirty-one day extension of time to respond to the Complaint filed by Plaintiff Ultra International Music Publishing, LLC ("Plaintiff").  This is Kano's second request for an extension of time.  *See* Dkt. 20. The court granted Kano's first request for an extension of time on July 29, 2022.  *See* Dkt. 24.  The extension will not affect any other scheduled dates.  We have been authorized to represent that Plaintiff consents to the requested extension.

Kano's current deadline to respond to the complaint is September 2, 2022.  Kano respectfully requests a an extension to October 3, 2022 to allow Kano and us as its counsel to continue to investigate the allegations in the Complaint and to allow the parties to engage in further settlement discussions to potentially resolve the action without further burdening the parties or the Court.

We thank the Court for its time and courtesy in considering the requested extension.

Respectfully submitted,

/s/ *Benjamin E. Marks*

Benjamin E. Marks

The Hon. Analisa Torres
August 30, 2022
Page 2

**Weil, Gotshal & Manges LLP**

cc: Counsel of Record