**MSK**

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2022

September 23, 2022

**VIA ECF AND E-MAIL [TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV]**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**   *Ultra International Music Publishing, LLC v. West et al*, **Case 1:22-cv-05560-AT**

Dear Judge Torres:

Our firm represents Plaintiff Ultra International Music Publishing, LLC ("UIMP" or "Plaintiff") in the above-captioned matter.  We write jointly with counsel for Defendant Kanye West, individually and d/b/a "Yeezy Tech" ("Ye"), and Defendant Kano Computing Limited ("Kano"), pursuant to Rule I.C of the Court's Individual Practices and paragraph 6 of the Initial Pretrial Scheduling Order (ECF 8), to request an adjournment of (i) the deadline for Ye and Kano to answer, move, or otherwise respond to the Complaint, and (ii) the deadline submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order.

The current response date for both Ye and Kano is October 3, 2022, and the parties' current deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order is September 28, 2022.  The parties respectfully request a 30-day adjournment of these deadlines, such that the response date for both Ye and Kano will be November 2, 2022, and the deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order will be October 28, 2022.  The purpose of this request is to facilitate ongoing discussions regarding potential resolution, which include the voluntary exchange of information related to this dispute.

This is the third request of an extension of the response deadline for Ye and Kano, and the second request for an extension of the deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order.  Counsel for Ye and Kano both consent to this adjournment.  No other deadlines have been scheduled in this case and no defendant has yet responded to the Complaint; accordingly, the request for an adjournment will not impact any

<a>
<b>
</b>
</a>



The Honorable Analisa Torres
September 23, 2022
Page 2

other previously-scheduled deadlines.

Respectfully submitted,

Bradley J. Mullins
Partner, through his professional corporation of
MITCHELL SILBERBERG & KNUPP LLP

BJM/kls

GRANTED.  No further extensions shall be granted absent good cause shown.

SO ORDERED.

Dated: September 23, 2022
       New York, New York

ANALISA TORRES
United States District Judge