

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Bradley J. Mullins
(310) 312-3232 Phone
(310) 231-8432 Fax
bym@msk.com

September 28, 2022

**VIA ECF AND E-MAIL [TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV]**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**     _**Ultra International Music Publishing, LLC v. West et al**_, **Case 1:22-cv-05560-AT**

Dear Judge Torres:

Our firm represents Plaintiff Ultra International Music Publishing, LLC in the above-captioned matter.  We write jointly with counsel for Defendants, to provide the information requested by the Court's June 30, 2022 Order (Doc. No. 7).  The parties do not consent to proceed for all purposes before the Magistrate Judge designated for this action.

Respectfully submitted,

Bradley J. Mullins
MITCHELL SILBERBERG & KNUPP LLP

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com

14822603.1