UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>*Defendants*. | Case No.: 22-cv-5560 (AT) |

## NOTICE OF APPEARANCE OF TODD LARSON

**PLEASE TAKE NOTICE** that Todd Larson of the law firm of Weil, Gotshal & Manges, LLP, an attorney duly admitted to practice before this Court, hereby enters his appearance in the above-captioned action as counsel for Defendant Kano Computing Limited. The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other Court documents in this proceeding to the undersigned counsel.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>November 1, 2022 | WEIL, GOTSHAL & MANGES LLP |
|  | */s/ Todd Larson*<br>Todd Larson<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>benjamin.marks@weil.com |
|  | *Attorney for Defendant*<br>*Kano Computing Limited* |