UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>      Defendants. | Case No.   1:22-cv-05560-AT |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4 of the United States District Court, Southern District of New York, and upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Nina D. Boyajian, dated November 2, 2022, as well as all prior papers and proceedings herein, Greenberg Traurig, LLP ("GT") will move this Court, before the Honorable Analisa Torres, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, at a date and time to be set by the Court, for an Order permitting GT (including all attorneys employed by GT) to withdraw as counsel for Defendant Ye f/k/a Kanye West, individually and d/b/a "Yeezy Tech," and for such other and further relief as the Court deems just and proper.

Dated:  November 2, 2022             **GREENBERG TRAURIG, LLP**

                                            By:  */s/ Justin A. MacLean*
                                            Justin A. MacLean
                                            One Vanderbilt Avenue
                                            New York, NY 10017

Tel: 212-801-3137
Email: Justin.MacLean@gtlaw.com

*Attorneys for Defendant Ye f/k/a Kanye West*

*ACTIVE 683012379v3*