```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,

        Plaintiff,

-against-

KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,

        Defendants.

22 Civ. 5560 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 2, 2022, counsel for Defendant, Kanye West, individually and d/b/a "Yeezy Tech," filed a motion to withdraw as counsel of record in this matter. ECF No. 45.[1] Pursuant to Local Civil Rule 1.4, a movant seeking to be relieved as counsel must make a "showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement." Local Civ. R. 1.4. The Court does not consider counsel's motion or accompanying declaration, ECF Nos. 44–45, to satisfy this requirement.

    Accordingly, by **November 11, 2022**, counsel for Mr. West shall submit an affidavit, detailing <u>with specificity</u>, all attempts to contact Mr. West, including, where possible, contemporaneous dates and times of each attempt. Counsel for Mr. West must also demonstrate that Mr. West has been served with their application to withdraw and, by **November 11, 2022**, shall file proof of service on the docket. The Court shall stay Mr. West's time to answer or otherwise respond to the complaint until it has rendered a determination on counsel's motion.

    SO ORDERED.

Dated: November 4, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Counsel for Mr. West also filed a letter motion to seal a declaration supporting their motion to withdraw. ECF No. 43. The Court shall resolve the sealing motion along with counsel's motion to withdraw.