```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ULTRA INTERNATIONAL MUSIC
PUBLISHING, LLC,

                        Plaintiff,

        -against-                                    22 Civ. 5560 (AT)

KANYE WEST individually and d/b/a "Yeezy            ORDER
Tech," ALEX KLEIN, KANO COMPUTING
LIMITED, and DOES 1 through 10,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/10/2022_

ANALISA TORRES, District Judge:

The Court has reviewed the supplemental declaration filed by counsel for Defendant, Kanye West, individually and d/b/a "Yeezy Tech," in connection with their motion to withdraw as his counsel. ECF No. 51. Counsel for Mr. West are directed to demonstrate that Mr. West has been personally served with their application to withdraw. Accordingly, by **November 21, 2022**, counsel for Mr. West shall file proof of service on the docket and provide the Court with a status update as to their efforts to personally serve Mr. West.

SO ORDERED.

Dated: November 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge