UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>Defendants. | Case No.   1:22-cv-05560-AT |

**DECLARATION OF NINA D. BOYAJIAN IN FURTHER SUPPORT OF GREENBERG TRAURIG'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT <u>YE F/K/A KANYE WEST, INDIVIDUALLY AND D/B/A "YEEZY TECH"</u>**

*ACTIVE683445005*

# REDACTED – FILED UNDER SEAL