**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.   1:22-cv-05560-AT |

**DECLARATION OF NINA D. BOYAJIAN IN SUPPORT OF *SECOND* REQUEST FOR AN EXTENSION OF TIME TO SERVE YE F/K/A KANYE WEST, INDIVIDUALLY AND D/B/A "YEEZY TECH", AND/OR FOR ALTERNATIVE SERVICE OF ORDER <u>GRANTING MOTION TO WITHDRAW</u>**

*ACTIVE684105095*

# REDACTED – FILED UNDER SEAL