

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Bradley J. Mullins
Partner, through his professional corporation
(310) 312-3232 Phone
(310) 231-8432 Fax
bym@msk.com

January 18, 2023

**VIA ECF**

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 15D
New York, NY 10007

Re:    **Ultra International Music Publishing, LLC v. West, et al., Case No. 22 Civ. 5560
(AT) – Status Update**

Dear Judge Torres:

Counsel for Plaintiff Ultra International Music Publishing, LLC ("UIMP") and Defendants Kano
Computing Limited ("Kano") and Alex Klein ("Klein") write jointly pursuant to the Court's
Order dated December 1, 2022 (Doc. No. 62), which directed the parties to advise the Court on
the status of this action.

As the Court is aware, former counsel for Defendant Kanye West ("Ye"), Greenberg Traurig,
LLP, is still in the process of attempting to serve Ye with the Court's order granting their motion
to withdraw as counsel.  As such, the status of Ye's participation in the defense of this matter
remains in flux.  Counsel for UIMP has been in contact with members of Ye's team at various
times, and counsel for UIMP are continuing to make efforts to determine whether a resolution of
this dispute can be reached.  Counsel for UIMP and counsel for Kano and Klein are also in active
contact, but all parties agree that Ye will be an important participant in this litigation should it
need to be fully litigated on the merits.

All presently appearing parties are hopeful they will receive further clarity about Ye's
participation in this matter soon.  Regardless, it does appear at this time that the schedule for this
action will need to be adjusted.  The parties would welcome the Court's direction on how it
would prefer that they proceed.

We thank the Court for its attention to this matter.

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone:  (310) 312-2000  Fax:  (310) 312-3100  Website: WWW.MSK.COM



Hon. Analisa Torres
January 18, 2023
Page 2

Sincerely,

*/s/ Bradley J. Mullins*

Bradley J. Mullins
Partner, through his professional corporation of
MITCHELL SILBERBERG & KNUPP LLP

BJM/kls