UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>Defendants. | Case No.   1:22-cv-05560-AT |

**DECLARATION OF NINA D. BOYAJIAN RE: PERSONAL SERVICE OF ORDER
GRANTING MOTION TO WITHDRAW**

*ACTIVE 685010475v2*

## DECLARATION OF NINA D. BOYAJIAN

I, Nina D. Boyajian, declare as follows:

1. I am an attorney at law and a Shareholder at Greenberg Traurig, LLP ("GT"), formerly counsel of record for Defendant Ye f/k/a Kanye West. I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify, I could and would competently testify thereto. I submit this Declaration regarding the personal service on Ye of the order granting Greenberg Traurig's motion to withdraw.

2. On November 30, this Court issued its order granting GT's motion to withdraw ("Order") and ordered GT to personally serve Ye with the Order by December 14, 2022. Dkt. 59. More recently, the Court granted GT's motion for extension of time to February 15, 2023. Dkt. 78.

3. On January 18, 2023, an attorney based in California contacted my firm advising that he would be representing "Ye on some of his legal matters." During the course of several emails and a phone call with this attorney, I requested that he coordinate personal service of the Order on Ye.

4. On February 1, 2023, the attorney referenced above emailed me the executed Certificate of Service attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2023 in Los Angeles, California.

_____
Nina D. Boyajian

1