# EXHIBIT A
# (REDACTED)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10, <br><br> Defendants. | Case No.  1:22-cv-05560-AT |

**CERTIFICATE OF SERVICE**

ACTIVE 684754316v1

## CERTIFICATE OF PERSONAL SERVICE

I HEREBY CERTIFY that a true and correct copy of the following document:

**ORDER GRANTING GREENBERG TRAURIG, LLP'S MOTION TO WITHDRAW AS COUNSEL, Dated November 30, 2022, DKT. # 59**

was served on Defendant Ye f/k/a Kanye West individually and d/b/a "Yeezy Tech," by personal delivery on January 27, 2023 at the address listed below:

☒ (FEDERAL)  I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2023, at Los Angeles, California.

ACTIVE 684754316v1