UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ULTRA INTERNATIONAL MUSIC PUBLISHINGS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>KANYE WEST individually and d/b/a "Yeezy Tech," ALEX KLEIN, KANO COMPUTING LIMITED, and DOES 1 through 10,<br><br>       Defendants. | Case No. 1:22-CV-05560-AT<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Ultra International Music Publishing, LLC and counsel for Defendants Kanye West, Alex Klein, and Kano Computing Limited, that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 12, 2023

| | |
|---|---|
| MITCHELL SILBERBERG & KNUPP LLP<br><br>By: _/s/ Bradley J. Mullins_<br>   Bradley J. Mullins<br>2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>Tel.: (310) 312-2000<br>Fax: (310) 312-3100<br>bradley.mullins@msk.com<br><br>*Attorneys for Ultra International Music Publishing, LLC* | ANGELI LAW GROUP LLC<br><br>By: _/s/ Peter D. Hawkes_<br>   Peter D. Hawkes<br>121 SW Morrison Street, Suite 400<br>Portland, OR 97204<br>Tel.: (503) 954-2232<br>Fax: (503) 227-0880<br>peter@angelilaw.com<br><br>*Attorneys for Kanye West, individually and d/b/a "Yeezy Tech"* |

WEIL, GOTSHAL & MANGES LLP

By: _____
Todd Larson
767 Fifth Avenue, 32nd Floor
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
todd.larson@weil.com

*Attorneys for Alex Klein and Kano Computing Limited*

## SO ORDERED

By: _____
The Honorable Analisa Torres, U.S.D.J.


Date: _____

15433250.1